relation between the brace in question, and the diagonal driving shaft or any other part of the drill.

The brace is merely a strengthener of the framework of the drill and in purpose, character, and expected result, not beyond the skill of one familiar with the manufacture of drills of this type.

If there were any doubt in this regard, complainant has not adduced testimony to resolve that doubt in its favor. There is nothing to show a striving for the solution of a problem nor the filling of a "long felt want." There is no evidence of commercial utility; for complainant has not only not manufactured drills under the patent, but has not even built a drill for experimental or demonstrative purposes. It is said on behalf of complainant that it did not desire to create a market for such a drill under its name until the validity of the patent was unassailable; but, in view of the high standing and financial ability of complainant, I am inclined to conclude that, if it had strong convictions on the subject, it would not have waited for the end of a lawsuit to put a commercial invention on the market.

For want of invention, the bill is dismissed, with costs.

Offield, Towle, Graves & Offield, of Chicago, Ill. (C. K. Offield, of Chicago, Ill., of counsel), for appellant.

Luther L. Miller, of Chicago, Ill. (Duncan & Duncan, of New York City, and Lincoln B. Smith, of Chicago, Ill., of counsel), for appellees.

Before COXE, WARD, and ROGERS, Circuit Judges.

PER CURIAM. Decree affirmed on the opinion of Judge Mayer.

---

W. F. & JOHN BARNES CO. v. VANDYCK CHURCHILL CO. et al.

(Circuit Court of Appeals, Second Circuit. March 10, 1914.)

No. 158.

Appeal from the District Court of the United States for the Southern District of New York.

Suit in equity by the W. F. & John Barnes Company against the Vandyck Churchill Company and others. Decree for defendants, and complainant appeals. Affirmed.

For opinion below, see 207 Fed. 855.

Offield, Towle, Graves & Offield, of Chicago, Ill. (C. K. Offield, of Chicago, Ill., of counsel), for appellant.

Luther L. Miller, of Chicago, Ill. (Duncan & Duncan, of New York City, and Lincoln B. Smith, of Chicago, Ill., of counsel), for appellees.

Before COXE, WARD, and ROGERS, Circuit Judges.

PER CURIAM. Decree affirmed on the opinion of Judge Mayer, 207 Fed 855.